# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| LETICIA WHITE, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO.: 3:24-CV-224 |
| § | |
| FOLLETT HIGHER § | |
| EDUCATION GROUP, LLC § | |
| § | |
| *Defendant.* § | |

## INDEX OF DOCUMENTS FILED WITH DEFENDANT'S NOTICE OF REMOVAL

**Exhibit A:**   Index of Matters Filed with Defendant's Notice of Removal

**Exhibit B:**   Plaintiff's Original Petition

**Exhibit C:**   Service of Process

**Exhibit D:**   Defendant's Original Answer

**Exhibit E:**   Docket Sheet for *Leticia White v. Follett Higher Education Group, LLC*, Cause No. 2024-DCV-2562, in the County Court at Law 3 of El Paso County, Texas.

**Exhibit F:**   Declaration of Enrique Salgado.