# EXHIBIT C



**CT Corporation**
**Service of Process Notification**
06/04/2024
CT Log Number 546574922

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | MARK SPROAT<br>Follett Corporation<br>3 Westbrook Corporate Ctr Ste 200<br>Westchester, IL 60154-5728 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | FOLLETT HIGHER EDUCATION GROUP, LLC  (Domestic State: IL) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LETICIA WHITE // To: FOLLETT HIGHER EDUCATION GROUP, LLC |
| **CASE #:** | 2024DCV2562 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 06/04/2024 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  MARK SPROAT  msproat@follett.com<br><br>Email Notification,  Felisha Phillips  fphillips@follett.com<br><br>Email Notification,  SUHAIB GHAZI  sghazi@follett.com<br><br>Email Notification,  Moira Forret  mforret@follett.com<br><br>Email Notification,  Elizabeth Edelstein  eedelstein@follett.com<br><br>Email Notification,  Enrique Salgado  esalgado@follett.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Legal-Net Process Service
1444 Montana Ave. Ste. 210
El Paso, Texas 79902



7018 3090 0001 8704 2758

RDC 99

75201

U.S. POSTAGE PAID
FCM LETTER
EL PASO, TX 79901
MAY 31, 2024

**$8.97**

S2324A500551-1

**RETURN RECEIPT REQUESTED**

CT Corporation System
1999 Bryan Street, Ste 900
Dallas, TX 75201

75201-428499

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

TO: **FOLLETT HIGHER EDUCATION GROUP, LLC**, which may be served with process by serving its registered agent, **CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 3**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on 05/28/2024, by Attorney at Law, JOHN A. WENKE, 501 E. CALIFORNIA AVENUE, EL PASO, TX 79902 in this case numbered **2024DCV2562** on the docket of said court, and styled:

**LETICIA WHITE**
**VS.**
**FOLLETT HIGHER EDUCATION GROUP, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, this on this the 29th day of May, 2024

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

_____, Deputy
JoAnn Acosta

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation.
Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

*NAME OF PREPARER  Legal-Net Process Service
ADDRESS  1444 Montana Ave. Ste. 210   TITLE
         El Paso, Texas 79902
CITY            STATE            ZIP

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the 31st day of May, 2024, at 4:00p I mailed to Follet Higher Education group, LLC
_____
defendant(s) by registered mail or certified mail with delivery ~~restricted~~ to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition attached thereto.

R. Cervantes
_____
Agent
TITLE

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____
_____ as evidence by Domestic Return Receipt PS Form 3811 attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

    This forwarding address was provided:_____

El Paso County, Texas

By:_____
Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____

## VERIFICATION BY AUTHORIZED PERSON

State of Texas
County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _____ day of _____, _____.

_____
Notary Public, State of _____
My commission expires:_____