# EXHIBIT E

https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/5b8553975c255e6e81dc770f7f7b0306

# Case Information

## Leticia White vs. Follett Higher Education Group, LLC

2024DCV2562

**Location**
El Paso County - County Clerk

**Case Category**
Civil - Other Civil

**Case Type**
Termination

**Case Filed Date**
5/28/2024

**Judge**
Baeza, Melissa

## Parties [2]

| Type | Name | Nickname/Alias | Attorneys |
| --- | --- | --- | --- |
| Plaintiff | Leticia White | | JOHN A WENKE |
| Defendant | Follett Higher Education Group, LLC | | |

## Events [4]

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 5/28/2024 | Filing | Petition | Plaintiff's Original Petition/CM | Civil Case Information Sheet.pdf, Plaintiff's Original Petition_White.pdf |
| 5/29/2024 | Filing | Request | Citation Request and Jury Trial/CM | 2024-5-29 Request for issuance and jury_2024dcv2562.pdf, Request for Issuance form_2024DCV2562.pdf |
| 6/17/2024 | Filing | No Fee Documents | citation return | |
| 6/30/2024 | Filing | ANSWER/RESPONSE | Original Answer and Defenses | 2024.06.30 Answer (White v. Follett).pdf |

© 2024 Tyler Technologies, Inc. | All Rights Reserved
Version: 2024.4.0.270

