# EXHIBIT F

**CAUSE NO. 2024-DCV-2562**

| | | |
|---|---|---|
| LETICIA WHTIE, | § | COUNTY COURT AT LAW 3 |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | EL PASO COUNTY, TEXAS |
| | § | |
| FOLLETT HIGHER | § | |
| EDUCATION GROUP, LLC | § | |
| | § | |
| *Defendant.* | § | JURY TRIAL DEMANDED |

## <u>DECLARATION OF ENRIQUE SALGADO</u>

1. My name is Enrique Salgado. I am over the age of 21 years and am fully competent to make this Declaration. I have personal knowledge of the matters set forth in this Declaration, either because I perceived them directly or as a result of my review of company business records.

2. I am the Assistant General Counsel of Follett Higher Education Group, LLC ("Follett") and have been so employed since October 2021. As a result of my position and/or employment with Follett, I have knowledge concerning and am aware of its corporate status and related issue concerning Follett's principal place of business.

3. Follett is an Illinois corporation, which has its principle place of business in Westchester, Illinois.

4. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that each statement in this Declaration is true and correct.


Dated: June 24, 2024


DocuSigned by:

*Enrique Salgado*

5054A9F5A8C349E...

Enrique Salgado