# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **LETICIA WHITE,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | No. 3:24-CV-00224-LS |
| § | |
| **FOLLETT HIGHER EDUCATION** § | |
| **GROUP, LLC,** § | |
| § | |
| *Defendant*. § | |

## AMENDED SCHEDULING ORDER

The parties have agreed to continue certain dates in the Court's scheduling order.[1] Pursuant to Fed. R. Civ. P. 16 and the Local Court Rules for the United States District Court for the Western District of Texas, the Court issues the following amended scheduling order in this case. All deadlines from the Court's initial scheduling order that are not vacated below remain unchanged.[2]

1. A report on alternative dispute resolution in compliance with W.D. Tex. Civ. R. 88 shall be filed by **June 16, 2025**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **May 1, 2025**, and each opposing party shall respond in writing on or before **May 15, 2025**.

3. The parties shall complete all discovery on or before **May 15, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances and no trial setting will be vacated because of information obtained in post-deadline discovery.

---

[1] *See* ECF No. 8.
[2] *See* ECF No. 7.

4.      All dispositive motions as defined in W.D. Tex. Civ. R. 7(c) shall be filed no later than **July 10, 2025**.

5.      This case is set for jury selection and trial on **November 3, 2025** at **9:00 a.m.** The parties should consult W.D. Tex. Civ. R. 16 regarding matters to be filed in advance of trial.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 27, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**